

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>TYRONE PAUL PONTHIEUX,<br><br>Defendant. | No. 2:15-mj-00522-NJK<br><br>**C O M P L A I N T**<br><br>18 U.S.C. § 871(a): Threats against the President of the United States;<br>21 U.S.C. § 841(a)(1): Possession of a Controlled Substance with Intent to Distribute – Marijuana;<br>18 U.S.C. § 924(c): Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being duly sworn, deposes and states:

### COUNT 1
### Threats against the President of the United States

On or about November 2, 2014, in the State and Federal District of Nevada, TYRONE PAUL PONTHIEUX, the defendant, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, defendant posted the following to his Facebook page: "I think we all need to get our guns and shoot all of these out of control congressmen and senators and Obama! Any survivors, hang them, then try their dead bodies for High treason! Then after they hang in the streets for a week, run over them then to the tree chipper to finish the job and use them for fertilizer for all of Monsantos GMO bullshit, then feed it to the Monsanto fucktards and do the process over and over and over again

1

until they all get fucking regurgitated by this fucktard earth of ours! FUCK EVERYONE WHO SITS ON THEIR FUCKING ASSES AND DO NOTHING ABOUT OUR PRESENT SITUATION! FUCK AMERICA IN THE ASS!" in violation of Title 18, United States Code, Section 871(a).

### COUNT 2
**Possession of a Controlled Substance with Intent to Distribute – Marijuana**

On or about May 21, 2015, in the State and Federal District of Nevada, TYRONE PAUL PONTHIEUX, the defendant, did knowingly and intentionally possess with the intent to distribute approximately 362.8 grams of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

### COUNT 3
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

On or about May 21, 2015, in the State and Federal District of Nevada, TYRONE PAUL PONTHIEUX, the defendant, knowingly possessed a firearm in furtherance of a drug trafficking crime, to wit: Possession of a Controlled Substance with Intent to Distribute – Marijuana, in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 18, United States Coode, Section 924(c).

Complainant, Matthew James Schaeffer, as a Special Agent with the Federal Bureau of Investigation (FBI), states the following as and for probable cause:

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been employed by the FBI as a Special Agent since July, 2009. I am currently assigned to the Las Vegas, Nevada (NV), Field Office. Prior to my

employment with the FBI, I was employed as a police officer for the York City Police Department in York, PA.  In connection with my FBI duties, I investigate criminal violations of the Controlled Substances Act.  Through the FBI, I have received specialized training in the enforcement of federal narcotics laws.  My training and experience has involved, among other things: (1) the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealment of proceeds of drug trafficking; (2) surveillance; (3) analysis of documentary and physical evidence; (4) the hand-to-hand purchase of controlled substances; and (5) the execution of search warrants.

2.  The following information contained within this criminal complaint is based upon my own participation in this investigation or was provided to me by other law enforcement personnel.  All times are approximate.

3.  During the course of conducting open source Internet searches related to another investigation, FBI personnel discovered a Facebook page attributed to TYRONE PAUL PONTHIEUX, SR. (www.facebook.com/cyclonesky?fref=ufi).  Located on the page is a default picture of a white adult male holding an AR-15 rifle while sitting on a black Hummer H-1.  The male was confirmed to be PONTHIEUX through his Nevada driver's license photo.

4.  An open source check of PONTHIEUX's Facebook page revealed a November 2, 2014 posting of the following threat: "I think we all need to get our guns and shoot all of these out of control congressmen and senators and Obama!  Any survivors, hang them, then try their dead bodies for High treason!  Then after they hang in the streets for a week, run over them then to the tree chipper to finish the job and use them for fertilizer for all of Monsantos GMO bullshit, then feed it to the Monsanto fucktards and do the process over and over and over again until they all get fucking regurgitated by this fucktard earth of ours!  FUCK EVERYONE WHO

3

SITS ON THEIR FUCKING ASSES AND DO NOTHING ABOUT OUR PRESENT SITUATION! FUCK AMERICA IN THE ASS!"

5. On April 27, 2015, the Las Vegas Metropolitan Police Department received a tip from a concerned citizen that he overheard a telephone conversation between his neighbor, TYRONE PONTHIEUX, who resides at 6224 Miraloma Street, Las Vegas, NV 89108, and an unknown individual. During the conversation, PONTHIEUX inquired about obtaining a quantity of Ammonium Nitrate. Ammonium Nitrate is a chemical compound that is commonly used in fertilizers and other household products, but can also be used to make explosives when mixed with other chemicals. During the telephone call, PONTHIEUX also made a statement that he may be killed, but not before he takes out a few of them first.

6. On May 21, 2015, PONTHIEUX was interviewed at his residence, 6224 Miraloma Street, by members of the FBI Las Vegas Joint Terrorism Task Force. PONTHIEUX is the boyfriend of KAREN SELOVER and currently resides with her at 6224 Miraloma Street. PONTHIEUX has lived at 6224 Miraloma Street for approximately five years. SELOVER is the property owner.

7. During the interview, PONTHIEUX admitted to posting several death threats toward US senators, US congress members, and President Obama via his Facebook account over the past few months. PONTHIEUX said he made the threats because he was very angry and frustrated with the United States government. PONTHIEUX said that he believes the US government no longer supports the American people and feels that it is President Obama's fault.

8. When shown a copy of the November 2, 2014 death threat posted on his Facebook page, PONTHIEUX admitted that he wrote and posted the threat to his Facebook account.

9.  PONTHIEUX told agents that he owns several firearms, including an AR-15 rifle, a shotgun, several .22 caliber rifles, and two pistols, but said he did not have any explosives in his possession. PONTHIEUX also told agents that he used methamphetamine approximately once a week and that there was a bag of marijuana in the residence.

10. Agents obtained verbal and written consent from PONTHIEUX and SELOVER to conduct a search of their residence for marijuana, explosives, explosive pre-cursors, and illegal firearms. During the search, a bag of suspected marijuana was seized from the residence. No explosives or explosive pre-cursors were found in the residence. Five rifles and two pistols were found in the residence, all registered to PONTHIEUX. One firearm, a Sears and Roebuck .22 caliber rifle, was seized by the Las Vegas Metro Police Department (LVMPD) pending a stolen firearm investigation.

11. The bag of suspected marijuana field tested positive for marijuana and weighed 362.8 grams.

12. After agents seized the bag of marijuana, PONTHIEUX asked them to leave some behind for him. When agents advised PONTHIEUX that they would not comply with his request, PONTHIEUX said, "There's plenty more where that came from."

13. Records checks revealed that PONTHIEUX was arrested and charged by the Las Vegas Metro Police Department in 2011 for Possession of Marijuana, in 2008 for Non-Sufficient Funds/Checks, and in 2007 for Uttering Forged Instruments, Burglary and Theft.

//
//
//
//

14. Based on my training and experience, I believe that there is probable cause to believe that TYRONE PAUL PONTHIEUX violated Title 18, United States Code, Section 871(a) – Threats against the President of the United States; Title 21, United States Code, Section 841(a)(1), Possession of a Controlled Substance with Intent to Distribute – Marijuana; and Title 18, United States Code, Section 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

_____
Matthew James Schaeffer, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me
This ___ day of June, 2015.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE