# FILED

## UNDER

# SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| vs | ) | **ORDER**  2:15-mj-00522-NJK |
| TYRONE PAUL PONTHIEUX, | ) | |
| Defendant. | ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matters shall be sealed until further Order of the Court.

DATED this 22nd day of June, 2015.

_____
HONORABLE NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE

3