DANIEL G. BOGDEN
United States Attorney
District of Nevada
STEVEN W. MYHRE
First Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
Fax: 702-388-6296

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>TYRONE PAUL PONTHIEUX,<br><br>            Defendant. | Case No.: 2:15-mj-522-NJK<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through Daniel G. Bogden, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, and Defendant Tyrone Pontheiux, by and through his counsel, William Gamage, Esq., that the Preliminary Hearing in this matter currently scheduled for August 10, 2015, at the hour of 4:00 p.m., be vacated and continued for at least fourteen (14) days, or to a date thereafter convenient to the Court.

The parties stipulate as follows:

1. The parties are engaged in plea negotiations and require additional time to attempt to resolve the case short of indictment or a preliminary hearing. In

connection with these negotiations, defense counsel requires additional time to review discovery produced in the case.

      2.      The defendant is incarcerated and does not object to the continuance.

      3.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government and the defendant sufficient time to attempt to resolve this matter.

      4.      Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly review discovery and complete negotiations, taking into account the exercise of due diligence.

      5.      Denial of this request for continuance could result in a miscarriage of justice.

      6.      The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

      7.      This is the second request for a continuance of the preliminary hearing in this matter.

1    **WHEREFORE**, the parties respectfully request that the Court accept this
2    Stipulation and enter an **Order**, vacating the current Preliminary Hearing setting of
3    August 10, 2015, and continuing it to a date fourteen (14) days or more thereafter, at
4    a date and time convenient to the Court.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Steven W. Myhre                                /s/ William Gamage
_____          _____
STEVEN W. MYHRE                         WILLIAM GAMAGE, ESQ.
First Assistant United States Attorney   Counsel for Defendant Tyrone Ponthieux

Dated:  August 4, 2015

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYRONE PAUL PONTHIEUX,

Defendant.

Case No.: 2:15-mj-522-NJK

**ORDER TO CONTINUE PRELIMINARY HEARING**

This matter coming on the parties' Stipulation to Continue Preliminary hearing, the premises therein considered, and good cause showing, the Court finds as follows:

1. The parties are engaged in plea negotiations. The defendant requires additional time to review discovery and attempt to resolve the case short of indictment or a preliminary hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government and the defendant sufficient time to attempt to resolve this matter.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly review discovery and complete negotiations, taking into account the exercise of due diligence.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by the parties' Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

It is therefore **ORDERED**:

1. The Preliminary Hearing currently set for August 10, 2015, at 4:00 p.m., is vacated and continued to August 31, 2015 at 4:00 p.m. in Courtroom 3C.

2. All time from the entry of this Order until the scheduled Preliminary Hearing is excluded from the Speed Trial Act under 18 U.S.C. § 3161(h)(7)(A) as the ends of justice outweigh the interest of the public and the defendant in a speedy trial, the Court having considered the factors delineated in 18 U.S.C. § 3161(h)(7)(B).

**IT IS SO ORDERED**.

Dated: August 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge